**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 98-7653**

———————————

HUEY LEE BILLUPS,

Plaintiff - Appellant,

versus

G. L. WOODARD; ATTORNEY GENERAL OF NORTH
CAROLINA,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte. Graham C. Mullen, Chief
District Judge. (CA-97-36-3-MU)

———————————

Submitted: February 25, 1999        Decided: March 10, 1999

———————————

Before HAMILTON, WILLIAMS, and MICHAEL, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Huey Lee Billups, Appellant Pro Se. Clarence Joe DelForge, III,
OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North
Carolina, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Billups v. Woodard, No. CA-97-36-3-MU (W.D.N.C. Oct. 21, 1998). We deny Appellant's motions to appoint counsel and to amend. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED